UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 APR 18 PM 3:07
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| V. | ) CAUSE NO. 1:16-cr- |
| KYLE EDWARD COX, | ) 1:16-cr-0082 JMS-TAB |
| Defendant. | ) |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Steven D. DeBrota, Senior Litigation Counsel for the Southern District of Indiana, and enters their appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: _____
Steven D. DeBrota
Senior Litigation Counsel